UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Samantha Pipkin Jones, ) | Civil Action No.: 5:15-cv-04748-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Nancy A. Berryhill, Acting ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 17, 2017, Plaintiff filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 26. Plaintiff requested an award of attorney's fees in the amount of $3,863.25 and expenses in the amount of $16.00. *Id.* On May 1, 2017, Defendant filed a response to Plaintiff's motion stating she does not oppose payment of Plaintiff's requested amount of attorney's fees and expenses. *See* ECF No. 27.

After careful consideration, the Court **GRANTS** Plaintiff's motion [ECF No. 26] and **ORDERS** Defendant to pay attorney's fees in the amount of $3,863.25, subject to the Treasury Offset Program[2] if Plaintiff owes an outstanding debt to the federal government, and expenses in the amount of $16.00. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees shall be paid directly to Plaintiff and mailed to her attorney, with a copy sent to Plaintiff.

**IT IS SO ORDERED.**

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

May 2, 2017  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge